| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MICHAEL G. TIERNEY |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 559-4000 |
| | Facsimile: (559) 559-4099 |
| 5 | |
| 6 | Attorneys for the |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00109-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL |
| v. | |
| JIMMY DARIO MALDONADO, and MAYRA MALDONADO | |
| Defendants. | |

## **BACKGROUND**

This matter is currently scheduled for trial on **May 3, 2016**. On or about February 29, 2016, the Court informed counsel for both parties that it had a scheduling conflict that week. It directed counsel to meet and confer regarding different trial dates. On March 10, 2016, the parties indicated that they would be available on several dates in October or November. Court staff advised the parties to file a stipulation and proposed order, including their position regarding time exclusion under the Speedy Trial Act.

The parties have conferred and now mutually request that trial commence on **November 15, 2016.** Counsel jointly request that the Court schedule a Trial Confirmation Hearing on **October 31, 2016**, or at another date convenient to the Court. Counsel agree that time should be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that trial currently set for **May 3, 2016** be continued to **November 15, 2016**. A Trial Confirmation Hearing shall be held on **October 31, 2016**.

Time shall be excluded through and including November 15, 2016 under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel. The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 15, 2016                By:    /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney


DATED: March 15, 2016                By:    /s/ Anthony P. Capozzi

Anthony P. Capozzi
Attorney for Jimmy Dario
Maldonado and Mayra Maldonado

1 **O R D E R**

2

3 IT IS SO ORDERED.

4 Dated: **March 16, 2016**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28