| | |
|---|---|
| 1 | |
| 2 | **ANTHONY P. CAPOZZI, CSBN: 068525**<br>**LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 3 | 1233 W. SHAW AVE., SUITE 102<br>FRESNO, CALIFORNIA 93711<br>PHONE: (559) 221-0200 |
| 4 | FAX: (559) 221-7997<br>EMAIL: Anthony@capozzilawoffices.com<br>www.capozzilawoffices.com |
| 5 | |
| 6 | ATTORNEY FOR Defendants, |
| 7 | JIMMY MALDONADO and MAYRA GARCIA MALDONADO |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JIMMY MALDONADO and<br>MAYRA GARCIA MALDONADO,<br>             Defendants. | Case No.: 1:14-CR-00109-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE JURY TRIAL TO JULY 25, 2017**<br><br>**Date: November 15, 2016**<br>**Time: 8:30 a.m.**<br>**Courtroom: 4** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Jury Trial be set for **July 25, 2017, at 8:30 a.m.** and the Trial Confirmation be set for **July 10, 2017**.

Good cause exists for this request, by both parties, to continue this matter. New Counsel has substituted in and needs time to review discovery, conduct investigations and prepare for trial.

Parties also agree to the following briefing schedule: motions in limine shall be due on June 5, 2017, Responses due on June 19, 2017, and Replies due on June 27, 2017, with the motions to be heard on July 10, 2017.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 31, 2016, through July 10,

2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 20, 2016  By: */s/Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

Dated: September 20, 2016  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for JIMMY MALDONADO

Dated: September 20, 2016  By: */s/Nicholas A. Capozzi*
NICHOLAS A. CAPOZZI
Attorney for MAYRA GARCIA MALDONADO

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation is now set for **July 10, 2017,** and the Jury Trial is set for **July 25, 2017, at 8:30 a.m.** It is further ordered that motions in limine are due on June 5, 2017, Responses due on June 19, 2017, and Replies due on June 27, 2017, to be heard on July 25, 2017. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). IT IS SO ORDERED.

Dated: **September 21, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE