# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JIMMY MALDONADO and<br>MAYRA MALDONADO,<br><br>  Defendants. | CASE NO. 1:14-CR-00109-LJO<br><br>ORDER RE: CONTINUANCE |

On July 21, 2017, at the request of counsel, the Court met with counsel for Defendants and the Government: Anthony Capozzi, counsel for Jimmy Maldonado, Nicholas Capozzi, counsel for Mayra Maldonado, and Assistant United States Attorneys Michael Tierney and Jacklin Lem. The parties explained that there are legitimate discovery issues still in flux. All parties agreed to continue the trial, currently set for July 25, 2017, to January 23, 2018. Any party who objects to the continuance may file an objection within three (3) days. By further agreement of counsel, time is excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendants in a speedy trial.

Pending and unresolved matters, including newly proposed jury instructions will first be handled informally through meet and confer among counsel.  If not resolved, counsel may all bring it before the Court, either by formal motion or informal discussion and resolution.

IT IS SO ORDERED.

Dated:  **July 21, 2017**          /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28