PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
JACLIN C. LEM
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY and MAYRA MALDONADO, <br><br> Defendant. | CASE NO. 1:14-CR-00109-LJO <br><br> STIPULATION AND ORDER RE REVIEW OF ONE DELL 630 LAPTOP, SERIAL NUMBER BJBGG1 |

BACKGROUND

In February 2013, agents of the Federal Bureau of Investigation took possession of a Dell Laptop Computer, Serial Number BJBGG1, from the California State Provost Marshal's Office. *See* Affidavit of SA Reginald Coleman in Support of An Application Under Rule 41 for a Warrant to Search Device (Attached as Exhibit 1 and incorporated as if fully set forth herein) ("Coleman Aff."). The computer was property of the California Army National Guard, and had been assigned to a recruiter named Saidy Iraiqat. *Id.* ¶ 8. Iraiqat was a recruiter from 2004 to 2011, during the time covered by the Indictment in this case; investigators believed he may have collaborated with a Recruiting Assistant named Richard Sihner to defraud the government. Id. ¶¶ 17-22. Following Sihner's conviction, SA Coleman sought court authorization to search Iraiwat's computer for evidence of fraud and perjury. Id. ¶¶24-26. SA Coleman noted that the Federal Bureau of Investigation had received permission from the device's

1

owner, the National Guard, and that the FBI might therefore have all necessary authority to search the device. Id. ¶ 27. However, SA Coleman requested authority under Rule 41 of the Federal Rules of Criminal Procedure out of an abundance of caution. In August 2016, Magistrate Judge Claire granted the search authorization, in case number 2:16-sw-472-AC.

Prior to a scheduled July 2017 trial date in this matter, counsel for defendants received certain electronic messages which were distributed to members of the California Army National Guard recruiting staff in 2007-2010 which might provide exculpatory evidence regarding the defendants' intent. At a chambers conference, the Court directed counsel for the United States to ascertain: 1) whether the National Guard had any objection to review of the computer; 2) whether the United States had sought permission from Iraiqat prior to obtaining search authorization in August 2016. Counsel for the United States has confirmed that the National Guard has no objection and that the United States did not seek permission prior to the 2o16 search authorization.

The Court indicated that it would entertain a request from the parties endorsing further review of the computer for information that might lead to exculpatory evidence, and the parties now stipulate to such a request.

Dated: November 22, 2017　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:　/s/ Michael G. Tierney
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL G. TIERNEY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　JACKLIN C. LEM
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States
　　　　　　　　　　　　　　　　　　　　　　　Attorney


　　　　　　　　　　　　　　　　　　　　　By: /s/ Anthony C. Capozzi
　　　　　　　　　　　　　　　　　　　　　　　ANTHONY C. CAPOZZI
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Jimmy Maldonado


　　　　　　　　　　　　　　　　　　　　　By: /s/ Nicco Capozzi
　　　　　　　　　　　　　　　　　　　　　　　NICCO CAPOZZI
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Mayra Maldonado

It is hereby ordered that:

1. Counsel for either party is authorized to review information on one Dell Laptop Computer, Serial number BJB6GG1 for exculpatory evidence or evidence that might reasonably be calculated to lead to exculpatory evidence.

2. Such review shall occur at the headquarters of the Federal Bureau of Investigation, 4500 Orange Grove Avenue, Sacramento, California. The review will occur in a manner that does not damage existing data on the computer and will be supervised by agents of the Federal Bureau of Investigation.

3. Counsel for either party is further authorized to copy or otherwise preserve any information falling under the scope of this Order.

IT IS SO ORDERED.

Dated: **November 24, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE