UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED
JAN 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:14-cr-00109-LJO-SKO

**CASE NAME:** USA vs. JIMMY MALDONADO, et al.

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **January 29, 2018**                                         _____
                                                                                                DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** January 29, 2018

**Govt Attorneys:** Michael Tierney and Jacklin Chou Lem

**Govt Attorney Signature:** _____

**DATE EXHIBITS RETURNED:** January 29, 2018

**Deft Attorneys:** Anthony Capozzi and Nicholas Capozzi

**Deft Attorney Signatures:** _____

This document certifies that the above referenced exhibits were returned.

**Date:** January 29, 2018                                          _____
                                                                                                ESTHER VALDEZ
                                                                                                **Courtroom Clerk**