**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JIMMY DARIO MALDONADO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY DARIO MALDONADO and MAYRA LORENA MALDONADO,<br>Defendants. | Case No.: 1:14-CR-00109-LJO-SKO<br><br>**EX PARTE REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE MOTIONS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 29(c) AND RULE 33(b)** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendants, Jimmy Dario Maldonado and Mayra Lorena Maldonado, by and through their attorneys of record, Anthony P. Capozzi and Nicholas A. Capozzi, request that the court extend the time in which to file post-trial motions pursuant to Federal Rules of Criminal Procedure 29(c) and 33(b). Said request is based upon the Declaration of Anthony P. Capozzi.

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am the attorney of record for Defendant, Jimmy Dario Maldonado and represented him throughout this proceeding.

2. The jury returned a verdict of guilty on Counts 1-3, Wire Fraud, on January 29, 2018.

3. The defense has 14 days within which to file post-trial motions pursuant to Federal Rules of Criminal Procedure Rules 29 and 33. In this case, 14 days is February 12, 2018.

4. This attorney has been on official business in San Francisco the week of January 29, 2018 through February 2, 2018. The week of February 5, 2018, involved court appearances and completing briefs on motions that were due the week of February 5, 2018.

5. This attorney has not had the opportunity to review the transcript of any witnesses in this case, nor review the notes of witness testimony. Further, research has to be conducted as to potential legal issues.

6. The defendants sentencing date is April 23, 2018.

7. This attorney and Nicholas Capozzi are working together on the motion for new trial and the request for an extension is on behalf of both Defendants.

8. This attorney has spoken to Assistant United Stated Attorney Michael Tierney and has been advised that the Government does not object to an extension of time to March 12, 2018, in which to file post-trial motions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 12th day of February 2018, at Fresno, California.

By: */s/Anthony P. Capozzi*
    ANTHONY P. CAPOZZI
    Attorney for JIMMY DARIO MALDONADO

## CONCLUSION

It is respectfully requested that the defense be granted an extension of time to March 12, 2018, to file motions pursuant to Federal Rules of Criminal Procedure 29(c) and 33(b).

Date: February 12, 2018  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for JIMMY DARIO MALDONADO

Date: February 12, 2018  By: */s/Nicholas A. Capozzi*
NICHOLAS A. CAPOZZI
Attorney for MAYRA LORENA MALDONADO

## ORDER

Good cause having been shown, it is hereby ORDERED that the time in which to file post-trial motions for both Defendants pursuant to Federal Rules of Criminal Procedure 29(c) and 33(b) be extended to March 12, 2018.

IT IS SO ORDERED.

Dated: **February 12, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE