# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00109-LJO-SKO |
| Plaintiff, | MEMORANDUM DECISION AND ORDER RE DEFENDANTS' MOTIONS FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL (ECF No. 89) |
| v. | |
| JIMMY MALDONADO and MAYRA MALDONADO, | |
| Defendants. | |

The Court has received and reviewed the Defendants' motion (ECF No. 89), and the Government's opposition to them (ECF No. 91), notes that the positions of the parties are clear, and needs no further briefing or argument to enable the Court to rule. The matter is deemed submitted.

The Defendants move pursuant to Federal Rules of Criminal Procedure, Rules 29 and 33.

The undersigned was the trial judge present during the entirety of the jury trial. The Court finds that ample evidence, both direct and circumstantial, existed to allow reasonable jurors to conclude that the Defendants, and each of them, acted with intent to deceive on each of the three counts brought pursuant to the Indictment. The fact that the Defendants believed that the deceptions were widespread is neither a contradiction to the finding of deceit, nor is it a defense to any or all of the crimes alleged. (The Court incorporates by reference the Government's Opposition, ECF No. 91, at pages 2:3 through 4:17).

There is a complete failure to show that the evidence weighs heavily against the verdict. Rather, the evidence supports the verdicts of the jury. No miscarriage of justice has occurred by way of the

1

verdicts entered against both defendants.

Finally, while the arguments contained in the instant motions attack the sufficiency of the evidence and the credibility of the numerous trial witnesses, the sufficiency of the evidence hinged on the jury's determinations on witness credibility. The jury acted well within its duties and obligations to in making their factual determinations to decide both.

The Motions are both DENIED.

IT IS SO ORDERED.

Dated: **March 29, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE