**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JIMMY MALDONADO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00109 LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| JIMMY MALDONADO, | |
| Defendant. | |

**TO: THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States Attorney by and through its counsel Michael Tierney, the Defendant, Jimmy Maldonado, by and through his counsel of record, Anthony P. Capozzi that the surrender date of July 20, 2018, be vacated pending the designation by the Bureau of Prisons and that a new surrender date of **August 3, 2018**, by 2:00 p.m. be ordered.

IT IS SO STIPULATED.

///

///

|  |  |  | Respectfully submitted, |
|---|---|---|---|
| DATED: | July 19, 2018 | By: | *Michael G. Tierney* |
|  |  |  | MICHAEL G. TIERNEY |
|  |  |  | Assistant United States Attorney |

|  |  |  | Respectfully submitted, |
|---|---|---|---|
| DATED: | July 19, 2018 | By: | */s/Anthony P. Capozzi* |
|  |  |  | ANTHONY P. CAPOZZI |
|  |  |  | Attorney for Defendant JIMMY MALDONADO |

## **ORDER**

It is hereby ordered that the Defendant's surrender date of July 20, 2018, be vacated and that a new surrender date of **August 3, 2018**, no later than 2:00 p.m. be ordered. No further extensions.

IT IS SO ORDERED.

Dated: **July 20, 2018**             /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE